For the error above discussed, the judgment of the trial court is reversed and remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

### TEPFER v. STATE. (No. 10859.)

Court of Criminal Appeals of Texas. April 20, 1927.

Criminal law ⟨⟩1090(1)—Where record contains neither statement of facts nor bills of exception, nothing is presented for review.

Where record on appeal contains neither statement of facts nor bills of exception, nothing is presented for review.

Appeal from El Paso County Court; J. M. Deaver, Judge.

W. S. Tepfer was convicted under Pen. Code 1925, art. 1551, denouncing obtaining of board or lodging in hotel or boarding house by means of deception or trick, and he appeals. Affirmed.

Ponder S. Carter, of El Paso, for appellant.

Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is under article 1551, P. C. (1925), which denounces as an offense the obtaining of board or lodging in a hotel or boarding house by means of any deception or trick. Punishment by fine of $50.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.